U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 27 2012
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOSEPHINE HILL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:11-CV-764-A |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Came on for consideration the above-captioned action wherein Josephine Hill is <u>pro se</u> plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits under 42 U.S.C. §§ 416(i) and 423, respectively, and for supplemental security income benefits under 42 U.S.C. §§ 1382 and 1382c. On July 12, 2012, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation, and granted the parties until July 26, 2012, in which to file and serve objections. Neither party has filed any objections. After studying the filings of the parties, the magistrate judge's proposed findings and conclusions, and the applicable legal authorities, the court has decided to adopt the

Magistrate Judge's proposed findings and conclusions and accept his recommendation.

Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to a period of disability or disability insurance benefits under 42 U.S.C. §§ 416(i) and 423, respectively, and that plaintiff was not entitled to supplemental security income benefits under 42 U.S.C. §§ 1382 and 1382c, be, and is hereby, affirmed.

SIGNED July 27, 2012.

_____
JOHN McBRYDE
United States District Judge